NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MATTHEW J. NASUTI,**
*Petitioner,*

v.

**DEPARTMENT OF STATE,**
*Respondent.*

---

2012-3136

---

Petition for review of the Merit Systems Protection Board in case no. DC0752120370-I-1.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Matthew Nasuti moves this court to direct the government to produce various information.

Neither the Federal Rules of Appellate Procedure nor the Federal Circuit Rules allow discovery on appeal.  In addition, the record on appeal is generally limited to that

which was before the Board.  *See Mueller v. U.S. Postal Service*, 76 F.3d 1198, 1201-02 (Fed. Cir. 1996).

Accordingly,

IT IS ORDERED THAT

The motions are denied.

FOR THE COURT

JUN 2 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Matthew J. Nasuti
     Michael D. Austin, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK